# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### Case No.: 0:19-cv-62146-RAR

LARRY W. MOSHER,

      Plaintiff,

v.

THOMPSON & MARKOWITZ, LLC,

      Defendant.

_____/

**MOTION TO APPEAR *PRO HAC VICE*,**
**CONSENT TO DESIGNATION, AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Joseph S. Davidson of the law firm of Sulaiman Law Group, Ltd., 2500 S. Highland Avenue, Suite 200, Lombard, Illinois 60148, telephone number (630) 575-8181, for purposes of appearance as co-counsel on behalf of Larry W. Mosher, Plaintiff in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Joseph S. Davison to receive electronic filings in this case, and in support thereof states as follows:

1.      Joseph S. Davidson is not admitted to practice in the Southern District of Florida and is a member in good standing of the Illinois State Bar, Northern, Central, and Southern Districts of Illinois, Northern and Southern Districts of Indiana, Eastern and Western Districts of Wisconsin, District of Colorado, Northern District of Ohio, Eastern District of Michigan, and the Northern, Southern, Eastern, and Western Districts of Texas.

2.      Movant, Alexander J. Taylor, Esquire, of the law firm of Sulaiman Law Group, Ltd., 2500 S. Highland Avenue, Suite 200, Lombard, Illinois 60148, telephone number (630) 575-8181, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and

opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3.     In accordance with the local rules of this Court, Joseph S. Davidson has made payment of this Court's $75.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4.     Joseph S. Davidson, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Joseph S. Davidson at email address: jdavidson@sulaimanlaw.com

WHEREFORE, Alexander J. Taylor, moves this Court to enter an Order Joseph S. Davidson, to appear before this Court on behalf of Larry W. Mosher, Plaintiff, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Joseph S. Davidson.


Date: August 30, 2019                  Respectfully submitted,


                                       /s/ Alexander J. Taylor

                                       Alexander J. Taylor, Esq.
                                       Florida Bar No. 1013947
                                       Sulaiman Law Group, Ltd.
                                       2500 S. Highland Ave, Suite 200
                                       Lombard, IL 60148
                                       Telephone: (630) 575-8181
                                       Facsimile: (630) 575-8188
                                       ataylor@sulaimanlaw.com
                                       *Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No.: 0:19-cv-62146-RAR

LARRY W. MOSHER,

     Plaintiff,

v.

THOMPSON & MARKOWITZ, LLC,

     Defendant.

_____/

### <u>CERTIFICATION OF JOSEPH S. DAVIDSON</u>

Joseph S. Davidson, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida;  (2) I am a member in good standing of the Illinois State Bar, Northern, Central, and Southern Districts of Illinois, Northern and Southern Districts of Indiana, Eastern and Western Districts of Wisconsin, District of Colorado, Northern District of Ohio, Eastern District of Michigan, and the Northern, Southern, Eastern, and Western Districts of Texas; and (3) I have not filed three or more motions for pro hac vice admission in this District within the last 365 days.

/s/ Joseph S. Davidson

Joseph S. Davidson, Esq.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 0:19-cv-62146-RAR**

LARRY W. MOSHER,

      Plaintiff,

v.

THOMPSON & MARKOWITZ, LLC,

      Defendant.

_____/

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Joseph S. Davidson, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED.  Joseph S. Davidson may appear and participate in this action on behalf of Larry W. Mosher, Plaintiff.  The Clerk shall provide electronic notification of all electronic filings to Joseph S. Davidson, at jdavidson@sulaimanlaw.com.

DONE AND ORDERED in Chambers at _____, Florida, this ____ day of _____.

_____

United States District Judge

Copies furnished to: All Counsel of Record