UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CIV-62146-RAR

**LARRY W. MOSHER**,

    Plaintiff,

v.

**THOMPSON & MARKOWITZ, LLC,**

    Defendant.
_____/

### ORDER ON DEFAULT FINAL JUDGMENT PROCEDURE

**THIS CAUSE** came before the Court upon the Clerk's Default as to Thompson & Markowitz, LLC [ECF No. 9], filed on October 8, 2019. Upon review of the record, it appears that Defendant Thompson & Markowitz, LLC has indeed failed to respond to the Complaint or otherwise appear in this action. Therefore, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff must file a *Motion for Default Final Judgment* by **October 25, 2019**. The *Motion for Default Final Judgment* must include affidavits of any sum certain due by Defendant, and any other supporting documentation necessary to determine Plaintiff's measure of damages. The *Motion* shall also be accompanied by (1) the necessary affidavit under the Servicemembers Civil Relief Act, 50 U.S.C. app. § 521(b), if applicable; (2) a proposed order; and (3) a proposed final judgment. Pursuant to the CM/ECF Administrative Procedures, the proposed orders **shall be submitted to the Court by e-mail in Word format** at ruiz@flsd.uscourts.gov. Plaintiff shall send a copy of the *Motion* to Defendant's counsel or to Defendant if Defendant does not have counsel. In the certificate of service, Plaintiff shall indicate that notice was sent and the addresses where notice was sent. If Defendant fails to

move to set aside the Clerk's Default or respond to the Motion for Default Final Judgment within the time permitted by the Rules, default final judgment may be entered, which means that Plaintiff may be able to take Defendant's property or money, and/or obtain other relief against Defendant.

Plaintiff's failure to file for a *Motion for Default Final Judgment* within the specified time will result in a **dismissal** without prejudice as to Defendant.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 16th day of October, 2019

_____
**RODOLFO RUIZ**
**UNITED STATES DISTRICT JUDGE**