UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CIV-62146-RAR

**LARRY W. MOSHER**,

    Plaintiff,

v.

**THOMPSON & MARKOWITZ, LLC,**

    Defendant.
_____/

## ORDER GRANTING PLAINTIFF'S MOTION
## FOR DEFAULT FINAL JUDGMENT

**THIS CAUSE** came before the Court on Plaintiff's Motion for Entry of Default ("Motion") [ECF No. 8], filed on October 7, 2019. A Clerk's Default [ECF Nos. 14, 15] was entered against Defendant, on October 8, 2019, for failure to appear, answer, or otherwise plead to the Complaint [ECF No. 8], despite having been served. The Court has carefully considered the Motion, the record, and applicable case law.

Pursuant to Federal Rule of Civil Procedure 55(b)(2), the Court is authorized to enter a final judgment of default against a party who has failed to plead in response to a complaint. "'[A] defendant's default does not in itself warrant the court entering a default judgment.'" *DirecTV, Inc. v. Huynh*, 318 F. Supp. 2d 1122, 1127 (M.D. Ala. 2004) (quoting *Nishimatsu Constr. Co., Ltd. v. Houston Nat'l Bank*, 515 F.2d 1200, 1206 (5th Cir. 1975)). Granting a motion for default judgment is within the trial court's discretion. *See Nishimatsu*, 515 F.2d at 1206. Because the defendant is not held to admit facts that are not well pleaded or to admit conclusions of law, the court must first determine whether there is a sufficient basis in the pleading for the judgment to be entered. *See id.*; *see also Buchanan v. Bowman*, 820 F.2d 359, 361 (11th Cir. 1987) ("[L]iability

is well-pled in the complaint, and is therefore established by the entry of default . . . .").

Upon review of Plaintiff's submissions, the Court finds that there is a sufficient basis in the pleadings for the entry of default judgment in favor of Plaintiff. Plaintiff alleges that Defendant improperly threatened collection proceedings on a debt for which the statute of limitations had run in violation of 15 U.S.C. § 1692k(a)(2)(A) and Fla. Stat. § 559.72(9). Accordingly, it is

**ORDERED AND ADJUDGED** that Plaintiff's Motion [**ECF No. 12**] is **GRANTED**. Final Default Judgment will be entered by separate order.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 28th day of October, 2019.

_____
**RODOLFO RUIZ**
**UNITED STATES DISTRICT JUDGE**